SEALED

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 06-248 |
| v. | |
| JORGE RICARDO BARDALES BOURDET<br>a/k/a Jota, | MAGISTRATE JUDGE<br>ALAN KAY |
| ERIK DONAIRE CONSTANZA BRAN, | |
| EDGAR ANTONIO CHIU SERRANO, | FILED<br>AUG 1 7 2006<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| JUAN DANIEL DEL CID MORALES<br>a/k/a Ovidio Fajardo Aladana, | |
| JUAN DOE<br>a/k/a Edwin Renee Sapon Ruiz | |
| Defendants | |

### ORDER

Upon consideration of the Government's Motion to Seal the Indictment, warrants for arrest and related documents, it is hereby ORDERED, the ___17th___ day of August 2006, that the indictment, warrants for arrest and related documents in the above-captioned case be sealed until further Order of the Court.

It is further ORDERED that the government may disclose the indictment, warrants for arrest and related documents to any law enforcement officials participating in this case, especially as necessary for law enforcement purposes.

_____
UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE


DATE  August 17, 2006




SIGNATURE PAGE FOR ORDER ON GOVERNMENT'S MOTION TO SEAL
INDICTMENT _____ DAY OF AUGUST 2006